# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, S.P. LOGAN, T.J. STINSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## RICARDO E. CAMACHO
## NAVY DIVER SECOND CLASS (E-5), U.S. NAVY

### NMCCA 201400256
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 1 April 2014.
**Military Judge**: CAPT A.H. Henderson, JAGC, USN.
**Convening Authority**: Commander, Explosive Ordnance Group ONE, San Diego, CA.
**Staff Judge Advocate's Recommendation**: LCDR M.M. Correa, JAGC, USN.
**For Appellant**: CDR Sabatino Leo, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**31 October 2014**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that adjudged confinement in excess of 30 days is suspended for six months *from the date the appellant was released from confinement* and that the suspended bad-conduct discharge may not be "executed after final judgment" unless the suspension is vacated before it is remitted.

For the Court


R.H. TROIDL
Clerk of Court